**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| ECOLAB INC., | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION FILE |
| ORKIN EXTERMINATING CO., INC., and GARDNER MANUFACTURING CO., INC. | : NO. 00-CV-2294 JMR/FLN |
| Defendants. | : |

**CONSENT ORDER EXTENDING TIME TO ANSWER COMPLAINT**

WHEREAS, the answer of Orkin Exterminating Co., Inc. to the Complaint in the above-referenced case currently is due on Monday, November 6, 2000; and

WHEREAS, the Plaintiff has consented to a twenty-day extension of the time within which the parties may file the answer to the Complaint,

WHEREAS, this is the first such request.

IT IS HEREBY ORDERED that the deadline for filing the answer to the Complaint is hereby extended through and including November 27, 2000.

FILE[illegible] CLERK
JU[illegible]
DE[illegible]

So ordered this 13th day of Nov, 2000.

Franklin L. Noel
Chief Magistrate Judge

CONSENTED TO:

MERCHANT & GOULD P.C.

Douglas J. Williams, Reg. No. 117353
J. Derek Vandenburgh, Reg. No. 224145
Jonelle R. Witt, Reg. No. 282145
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2215
(612) 332-5300

Counsel for ECOLAB INC.

LARKIN,HOFFMAN, DALY &
LINDGREN, LTD.

Cynthia M. Klaus, Reg. No. 27883X
7900 Xerxes Avenue South
1500 Wells Fargo Plaza
Bloomington, MN 55431
(952) 835-3800

Counsel for ORKIN EXTERMINATING CO., INC.