UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Ecolab, Inc.,
Plaintiff,

v. Civil No. 98-2294 (MJD/JGL)

Gardner Manufacturing Co. Inc.,

Defendant.

---

Ecolab, Inc.,

Plaintiff,

v. Civil No. 00-2294 (JMR/FLN)

Orkin Exterminating,

Defendant.

---

ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE

---

Case No. 98-2294 having been assigned to Judge Michael J. Davis, and Case No. 00-2294 having later been assigned to Judge James M. Rosenbaum, and said matters being related cases,

**IT IS HEREBY ORDERED** that case number 00-2294 be assigned to Judge Michael J. Davis, nunc pro tunc, by use of a card on the patent list of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to Court's Assignment of Cases Order dated May 28, 1998.

**IT IS FURTHER ORDERED** that a copy of this order shall be filed in each of the above respective files.

DATED: February 16, 2001

Judge James M. Rosenbaum
United States District Court

DATED: February 14, 2001

Judge Michael J. Davis
United States District Court

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pursuant to an Order for Reassignment of Related Cases, this case is reassigned to Judge Michael J. Davis and Magistrate Judge Jonathan G. Lebedoff.

NEW CASE NUMBER 00-2294 MJD/JGL

Use this case number for all further filings.