**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**ECOLAB, INC.,**

Plaintiff,

v.

**ORKIN EXTERMINATING CO., INC., and GARDNER MANUFACTURING CO., INC.,**

Defendants.

Civil No. 00-2294 (MJD/JGL)

**ORDER**

---

APPEARANCES

Jonelle R. Witt, Esq., Douglas J. Williams, Esq., and Andrew D. Sorensen, Esq., on behalf of Plaintiff.

Jon S. Swierzewski, Esq., on behalf of Defendant Orkin Exterminating; and Russell J. Barron, Esq., on behalf of Defendant Gardner Manufacturing.

---

JONATHAN LEBEDOFF, United States Magistrate Judge

The above-entitled matter came on for hearing before the undersigned Magistrate Judge of District Court on April 19, 2001, on Plaintiff Ecolab's Motion to Stay this Case (Doc. No. 37). The case has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and D. Minn. LR 72.1.

The Court having considered the arguments of counsel, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff Ecolab's Motion to Stay this Case (Doc. No. 37) is **GRANTED.** Plaintiff is ordered to serve its discovery responses in this matter, due on

FILED APR 19 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD

April 19, 2001 and April 26, 2001, upon Defendants on or before the dates the responses are due.

Dated: April 19, 2000

JONATHAN LEBEDOFF
United States Magistrate Judge