**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**ECOLAB INC.,**

Plaintiff,

v.

**ORKIN EXTERMINATING CO., INC. and GARDNER MANUFACTURING CO., INC.,**

Defendants.

---

Civil No. 00-2294 (MJD/JGL)

**ORDER**

APPEARANCES

Douglas Williams, Esq., Rachel Zimmerman, Esq., and Andrew Sorenson, Esq., for Plaintiff Ecolab, Inc.

Stephen Dorvee, Esq. and Cynthia Klaus, Esq. for Defendant Orkin Exterminating Co. Inc.

James Nikolai, Esq. and Peter Nikolai, Esq.for Defendant Gardner Manufacturing Co., Inc.

---

JONATHAN LEBEDOFF, Chief United States Magistrate Judge

The above-entitled matter came on for hearing before United States Chief Magistrate Judge Jonathan Lebedoff on February 11, 2002, on Plaintiff's Motion to Dissolve the Court's April 19, 2001, Stay and Reopen the Pending Litigation (Doc. No. 47). The case has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and D. Minn. LR 72.1.

On April 19, 2001, Plaintiff Ecolab, Inc. moved this Court to stay

FILED 2-11-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

the litigation of this case pending resolution of another case with related issues, entitled Ecolab, Inc. v. Gardner Manufacturing Co., et al, Case No. 98-cv-2294 (the "Gardner case"). The Court granted Plaintiff Ecolab's motion, and the present case has since been stayed. On January 16, 2003, a jury rendered a verdict on the final damages phase of the Gardner case in United States District Court for the District of Minnesota. The parties agree that the jury's verdict will be appealed to the Court of Appeals for the Federal Circuit.

Plaintiff Ecolab argues that the present case has languished longer than Plaintiff initially intended and that the stay should be lifted so that the issues here can finally be resolved. Plaintiff contends that the Gardner case is essentially resolved, as the Federal Circuit Court of Appeals is unlikely to disturb the jury's verdict or the Court's rulings. Defendants oppose Plaintiff's motion, arguing that the Gardner case is far from being resolved because of the appeal issues. Defendants argue that significant resources would be spent litigating issues here that may be mooted by final resolution of the Gardner case.

This Court finds that the present case is properly stayed pending resolution of the Gardner case. Indeed, the very reasons supporting Plaintiff's initial request of the stay continue to support the maintenance of the stay. The Gardner case and this case both address the same patents. Substantial resources can be preserved by allowing common issues to be resolved in the Gardner case, rather than by simultaneously pursuing the issues in two cases.

Finally, this Court finds that Plaintiff will not be seriously prejudiced by continuing the stay that Plaintiff itself requested. Accordingly, Plaintiff's motion to lift the stay is denied.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Dissolve the Court's April 19, 2001 Stay and Reopen the Pending Litigation (Doc. No. 47) is **DENIED**.

Dated: February 11, 2003

JONATHAN LEBEDOFF
Chief United States Magistrate Judge