UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ecolab, Inc.,

Plaintiff,

v.

ORDER
Civ. No. 00-2294(MJD/JGL)

Orkin Exterminating Co., Inc. and
Gardner Manufacturing Co., Inc.,

Defendants.

---

This matter is before the Court upon Plaintiff's objection to Magistrate Judge Lebedoff's Order dated February 11, 2003 denying Plaintiff's motion to dissolve the Court's Stay in this matter.

The Court must modify or set aside any portion of the Magistrate Judge's Order found to be clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); Local Rule 72.1(b)(2). Based on a review of the record and the submissions of parties, the Court concludes that the Magistrate Judge's Order is not contrary to law or clearly erroneous. Accordingly,

IT IS HEREBY ORDERED that the Order dated February 11, 2003 [Docket No. 53] is AFFIRMED.

Date: March 3, 2003

Michael J. Davis
Michael J. Davis
United States District Court

MAR 3 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________