UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ecolab, Inc.,

Plaintiff,

v. Civil No.: 98-2294 (MJD/JGL)

Gardner Manufacturing Co., Inc.,

Defendants.

Ecolab, Inc.,

Plaintiff,

v. Civil No.: 00-2294 (MJD/JGL)

Orkin Exterminating Co., Inc., et al.,

Defendants.

Ecolab, Inc.,

Plaintiff,

v. Civil No.: 03-1160(DSD/SRN)

Anderson Environmental Systems, Inc., et al.,

Defendants.

ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE

Case numbers 98-2294 and 00-2294 having been assigned to Judge Michael J. Davis and case number 03-1160 having later been assigned to Judge David S. Doty and said matters being related cases,

IT IS HEREBY ORDERED that case number 03-1160 be assigned to Judge Michael J. Davis, nunc pro tunc, by use of a card on the Patent list of the automated case assignment system, and the Clerk of Court is directed to void and reuse cards on the same list pursuant to this Court's Assignment of Cases Order dated April 2, 2001.

FILED MAR 2 5 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

IT IS FINALLY ORDERED that a copy of this order shall be placed in each of the above respective files.

Dated: March 14, 2003

JUDGE MICHAEL J. DAVIS
United States District Court

Dated: 3/24/03

JUDGE DAVID S. DOTY
United States District Court

Ecolab, Inc.

Vs 03-1160MJD/JGL

Anderson Environmental Systems, Inc., et al

Pursuant to an Order for Reassignment of Related Cases signed by Judges Davis and Doty, the above case has been reassigned to Judge Michael J. Davis and referred to Magistrate Judge Jonathan G. Lebedoff as a related case to civil cases 98-2294 and 00-2294, both are assigned to MJD/JGL. Please note the change in judges' initials above and refer to them when submitting materials to the court.