IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ECOLAB INC.,

Plaintiff,

v.

ORKIN EXTERMINATING CO., INC. and GARDNER MANUFACTURING CO., INC.,

Defendant.

Civil Action No. 00-CV-2294 MJD/JGL

Judge Michael J. Davis

Magistrate Judge Jonathon G. Lebedoff

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

The parties to this action have resolved their differences through a settlement, the terms of which shall remain confidential. This action is hereby dismissed without prejudice, each party to bear its own attorney fees and costs.

FILED NOV 17 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

ECOLAB INC.,

by its attorneys,

Dated: 6/27/03

Douglas J. Williams, Reg. No. 117,353
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 332-5300

OF COUNSEL:
Andrew Sorensen, Esq.
ECOLAB INC.
Ecolab Center
370 North Wabasha Street
St. Paul, Minnesota 55102
(651) 293-2432

ORKIN EXTERMINATING CO., INC.

by its attorneys,

11/5/03

Jon S. Swierzewski, Reg. No. 108,017
LARKIN, HOFFMAN, DALY &
LINDGREN, LTD.
7900 Xerxes Avenue South
1500 Wells Fargo Plaza
Bloomington, MN 55431
telephone: 952.896.3333

Stephen M. Dorvee
ARNALL, GOLDEN &
GREGORY LLP
One Atlantic Center, Suite 2800
1201 West Peachtree Street
Atlanta, GA 30309-3450
telephone: 404.873.8501

GARDNER MANUFACTURING CO., INC.,

by its attorneys,

Dated: 6/30/03

James T. Nikolai

James T. Nikolai, Reg. No. 144,101
NIKOLAI & MERSEREAU
820 International Centre
900 Second Avenue South
Minneapolis, Minnesota 55402
telephone: 612.339.7461

Joan L. Eads
FOLEY & LARDNER
150 East Gilman Street
Madison, WI 53703
telephone: 608.258.4258

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT

11-14-03

Ecolab, Inc. v. Orkin Exterminating Co., et al., Civil No.: 00-2294 (MJD/JGL)

For Immediate Release
October 30, 2003

# PRESS RELEASE

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
300 South Fourth Street, Suite 202, Minneapolis, Minnesota
Contact: Richard D. Sletten, Clerk, (612) 664-5026

## FEDERAL COURT AMENDS LOCAL PRACTICE RULES

The U.S. District Court for the District of Minnesota announces the approval, of amendments to its local rules of practice recommended by the Court's Federal Practice Committee chaired by Minneapolis Attorney Jeff Keyes of the Briggs and Morgan law firm.

Local Rules 67.1 and 83.11 amendments:

### LR 67.1 MONEY PAID INTO COURT

Unless otherwise ordered by the Court, all monies coming into the registry of this Court shall be deposited in an interest bearing account in a depository approved by the Treasurer of the United States, subject to withdrawl by checks drawn by the Clerk of Court pursuant to orders of the Court. The Clerk of Court shall deduct from the income earned on the investment a registry fee, as set by the Director of the Administrative Office of the United States Courts. The fee will be deducted when funds are withdrawn and distributed. For further registry fee information, refer to the Guide to Judiciary Policy and Procedures Chapter VII, Financial Management, Part I, Registry Funds.

### LR 83.11 DIVISIONS, OFFICES OF THE CLERK, CALENDARS

(a) Divisions. The State of Minnesota constitutes one judicial district, divided into six divisions. Cases in this District are assigned to particular divisions and particular judges pursuant to the Order for Assignment of Cases that has been adopted by the Judges of the District Court. The Order for Assignment of Cases may be modified from time to time as the District Court Judges see fit.

(b) Offices of the Clerk. The Clerk of Court maintains offices in St. Paul, Minneapolis, and Duluth. The St. Paul, Minneapolis and Duluth offices are open from 8:00 a.m. to 5:00 p.m. All offices are open Monday through Friday, with the following exceptions: New Year's Day; Martin Luther King, Jr.'s Birthday; President's Day; Memorial Day; Independence Day; Labor Day; Columbus Day; Veterans Day; Thanksgiving Day; and Christmas Day.

The files for matters pending before the Court are maintained in the office in the division to which the case is assigned. However, papers relative to any case may be filed in any office.

(c) Calendars. The Court operates on an individual calendar system. Judges in active service are assigned and assume responsibility for their proportionate share of the total cases filed in the district. Inquiries as to motions, probable trial date, or other matters having to do with a particular case may be addressed to the deputy clerk serving as calendar clerk for the Judge to whom the case has been assigned.